IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MORRIS WILLIAMS,<br><br>Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No. 4:25-cv-04729<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF WITHDRAWAL OF MOTION**

PLEASE TAKE NOTICE that Defendant Equifax Information Services LLC ("Equifax") hereby withdraws its *Opposed Motion to Dismiss Plaintiff's Complaint* pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure filed on October 24, 2025. *See* ECF No. 6.

DATED:  December 8, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Ritika Singh*
    Ritika Singh, *Admitted Pro Hac Vice*
    risingh@seyfarth.com
    SEYFARTH SHAW LLP
    2323 Ross Avenue, Suite 1660
    Dallas, Texas  75201
    Telephone:  (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

322315878v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF WITHDRAWAL OF MOTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>Morris Williams, *plaintiff pro se*
>P.O. Box 114
>Hockley, Texas  77447

>*/s/ Ritika Singh*
>Ritika Singh
>*Counsel for Defendant*
>*Equifax Information Services LLC*

322315878v.1