IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MORRIS WILLIAMS,<br><br>Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ Case No. 4:25-cv-04729<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF JOINDER OF PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND REQUEST THAT SUCH HEARING BE IN PERSON**

Defendant Equifax Information Services, LLC' ("Equifax"), files this Notice of Non-Opposition to Plaintiff's Motion for Oral Argument (the "Motion"). ECF No. 28. Equifax agrees that Plaintiff's Partial Motion for Summary Judgment (ECF No. 24) and Equifax's Rule 56(d) Motion in response (ECF No. 27) are appropriate for an oral argument before the Court.

Further, Equifax requests that any such hearing be in person.

Equifax does, however, note that Plaintiff did not meet and confer with Equifax prior to filing his Motion, as required by LR7.1D. Instead, Plaintiff emailed Equifax's counsel after the Motion had been filed. Equifax's counsel has since informed Plaintiff that Equifax has no objection to the Motion.

323468371v.1


-2-

DATED:  February 10, 2026       Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Ritika Singh*
    Ritika Singh, *Admitted Pro Hac Vice*
    risingh@seyfarth.com
    SEYFARTH SHAW LLP
    2323 Ross Avenue, Suite 1660
    Dallas, Texas  75201
    Telephone:  (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

323468371v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF JOINDER OF PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND REQUEST THAT SUCH HEARING BE IN PERSON with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>Morris Williams, *plaintiff pro se*
>P.O. Box 114
>Hockley, Texas  77447

>*/s/ Ritika Singh*
>Ritika Singh
>*Counsel for Defendant*
>*Equifax Information Services LLC*

323468371v.1